RAJA MITTAL
278 Lenape Heights Ave
Las Vegas, NV 89148
Ph – 702-448-8788
Plaintiff Pro se

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAJA MITTAL on the behalf of himself and His minor son X. X. as his guardian ad litem<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES / DFS/ CLARK COUNTY CHILD PROTECTIVE SERVICES; TERESA TIBBS in her individual and official capacity; NATALIE GUESMAN in her individual and official capacity; STACY SCOTT in her individual and official capacity; MARIA TETREAULT in her individual and official capacity; CHERYL COOLEY in her individual and official capacity; DEOGRATIUS MSHIGENI in his individual and official capacity; BREANNA HAFEN in her individual and official capacity; KIMBERLY BROTHERS in her individual and official capacity; TROY ARMSTRONG in his individual and official capacity; JOHN J. JONES, JR. in his individual and official capacity ; AMITY DOORMAN in her official and individual capacity; DETECTIVE T. KATOWICH in his individual and official capacity; DR. MICHAEL O. NYARKO in his individual capacity; DOCTOR WILLIAM L. DOWNEY. in his individual capacity ; DR. GREGORY S. HARDER in his individual capacity; ELIZABETH JARMAN in her individual capacity; ROBERT DRASKOVICH ESQ. in his individual capacity; DR ROBERT A. KILPATRICK in his individual; DR. MARC O'CONNOR in his individual capacity and DOES 5 through 300, | Case No. 2:15-cv-01037-RFB-VCF<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO EXTEND TIME FOR OPPOSITION TO MOTION TO DISMISS FOR ALL DEFENDANTS.**<br><br>FILED ___ RECEIVED<br>ENTERED ___ SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>OCT 27 2015<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY:_____ DEPUTY |

Inclusive,

Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO EXTEND TIME FOR OPPOSITION TO MOTION TO DISMISS FOR ALL DEFENDANTS.**

Plaintiff Raja Mittal respectfully moves the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file an AMENDED COMPLAINT. Federal Rule of Civil Procedure 15(a) contemplates that a court will freely grant leave to file an amended complaint when the interests of justice so require. Granting this motion allows Plaintiff to state the claims properly and amend other defects/ deficiencies.

Amended Complaint due November 30, 2015.

DATED: October 26, 2015

SIGNED

_____
Raja Mittal, Plaintiff Pro se

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 4th day of November, 2015.

2