```
1   RAJA MITTAL
2   278 Lenape Heights Ave
3   Las Vegas, NV 89148
    Ph – 702-448-8788
4   Plaintiff Pro se
```

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 28 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAJA MITTAL on the behalf of himself and His minor son X. X. as his guardian ad litem; <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF CLARK; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES / DFS/ CLARK COUNTY CHILD PROTECTIVE SERVICES; TERESA TIBBS in her individual and official capacity; NATALIE GUESMAN in her individual and official capacity; STACY SCOTT in her individual and official capacity; MARIA TETREAULT in her individual and official capacity; CHERYL COOLEY in her individual and official capacity; DEOGRATIUS MSHIGENI in his individual and official capacity; BREANNA HAFEN in her individual and official capacity; KIMBERLY BROTHERS in her individual and official capacity; TROY ARMSTRONG in his individual and official capacity; JOHN J. JONES, JR. in his individual and official capacity ; AMITY DOORMAN in her official and individual capacity; DETECTIVE T. KATOWICH in his individual and official capacity; DR. MICHAEL O. NYARKO in his individual capacity; DOCTOR WILLIAM L. DOWNEY. in his individual capacity ; DR. GREGORY S. HARDER in his individual capacity; ELIZABETH JARMAN in her individual capacity; ROBERT DRASKOVICH ESQ. in his individual capacity; DR ROBERT A. KILPATRICK in his individual; DR. MARC O'CONNOR in his individual capacity and SHERICE PARISH in her individual and official capacity and DOES 5 through 300, Inclusive, <br><br> Defendants. | Case No. 2:15-cv-01037-RFB-VCF <br><br> **MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS OF DEFENDANTS : COUNTY OF CLARK; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES / DFS/ CLARK COUNTY CHILD PROTECTIVE SERVICES; TERESA TIBBS; NATALIE GUESMAN; STACY SCOTT; MARIA; CHERYL COOLEY; DEOGRATIUS MSHIGENI; BREANNA HAFEN; KIMBERLY BROTHERS; TROY ARMSTRONG; JOHN J. JONES, JR.; AMITY DOORMAN; DETECTIVE T. KATOWICH; DR. GREGORY S. HARDER; ELIZABETH JARMAN; ROBERT DRASKOVICH ESQ.; DR ROBERT A. KILPATRICK; DR. MARC O'CONNOR and SHERICE PARISH** |

**MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

Pursuant to Rules 6(b), Plaintiff respectfully requests the court to grant him extension of 14 days to file Opposition to motion to dismiss of defendants : County of Clark; Clark County Department of family services / DFS/ Clark County Child protective services; Teresa Tibbs; Natalie Guesman; Stacy Scott; Maria; Cheryl Cooley; Deogratius Mshigeni; Breanna Hafen; Kimberly Brothers; Troy Armstrong; John J. Jones, Jr.; Amity Doorman; Detective T. Katowich; Dr. Gregory S. Harder; Elizabeth Jarman; Robert Draskovich Esq.; Dr Robert A. Kilpatrick; Dr. Marc O'connor and Sherice Parish.

DATED: January 28, 2015

SIGNED

_____
Raja Mittal, Plaintiff Pro se

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 1st of February, 2016.