RAJA MITTAL
278 Lenape Heights Ave
Las Vegas, NV 89148
Ph – 702-448-8788
Plaintiff Pro se

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAJA MITTAL on the behalf of himself and His minor son X. X. as his guardian ad litem;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES / DFS/ CLARK COUNTY CHILD PROTECTIVE SERVICES; TERESA TIBBS in her individual and official capacity; NATALIE GUESMAN in her individual and official capacity; STACY SCOTT in her individual and official capacity; MARIA TETREAULT in her individual and official capacity; CHERYL COOLEY in her individual and official capacity; DEOGRATIUS MSHIGENI in his individual and official capacity; BREANNA HAFEN in her individual and official capacity; KIMBERLY BROTHERS in her individual and official capacity; TROY ARMSTRONG in his individual and official capacity; JOHN J. JONES, JR. in his individual and official capacity ; AMITY DOORMAN in her official and individual capacity; DETECTIVE T. KATOWICH in his individual and official capacity; DR. MICHAEL O. NYARKO in his individual capacity; DOCTOR WILLIAM L. DOWNEY. in his individual capacity ; DR. GREGORY S. HARDER in his individual capacity; ELIZABETH JARMAN in her individual capacity; ROBERT DRASKOVICH ESQ. in his individual capacity; DR ROBERT A. KILPATRICK in his individual; DR. MARC O'CONNOR in his individual capacity and SHERICE PARISH in her individual and official capacity and DOES 5 through 300, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-01037-RFB-VCF<br><br>**MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS OF DEFENDANTS : DETECTIVE T. KATOWICH; DR. GREGORY S. HARDER; ELIZABETH JARMAN; ROBERT DRASKOVICH ESQ.; DR ROBERT A. KILPATRICK; DR. MARC O'CONNOR**<br><br>**District Judge:**<br>Hon. Richard F. Boulware, II<br><br>**Magistrate Judge:**<br>Hon. Cam Ferenbach |

## MOTION TO FURTHER EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS

On January 28, 2016, Plaintiff filed a motion to extend time to file opposition to motion to dismiss Pursuant to Rules 6(b), for extension of 14 days to file Opposition to motion to dismiss of defendants : County of Clark; Clark County Department of family services / DFS/ Clark County Child protective services; Teresa Tibbs; Natalie Guesman; Stacy Scott; Maria; Cheryl Cooley; Deogratius Mshigeni; Breanna Hafen; Kimberly Brothers; Troy Armstrong; John J. Jones, Jr.; Amity Doorman; Detective T. Katowich; Dr. Gregory S. Harder; Elizabeth Jarman; Robert Draskovich Esq.; Dr Robert A. Kilpatrick; Dr. Marc O'connor and Sherice Parish.

The court granted the motion and the date to submit the motion was set at February 11, 2016. As on February 11, 2016 Mittal has filed Opposition to motion to dismiss of defendants : County of Clark; Clark County Department of family services / DFS/ Clark County Child protective services; Teresa Tibbs; Natalie Guesman; Stacy Scott; Maria; Cheryl Cooley; Deogratius Mshigeni; Breanna Hafen; Kimberly Brothers; Troy Armstrong; John J. Jones, Jr.; Amity Doorman; and Sherice Parish.

Although Mittal has worked diligently on the Opposition to motion to dismiss, considering the case is voluminous with multiple defendants and Mittal being a pro-se litigant, he has not been able to complete his opposition to motion to dismiss for defendants Detective T. Katowich; Dr. Gregory S. Harder; Elizabeth Jarman; Robert Draskovich Esq.; Dr Robert A. Kilpatrick and Dr. Marc O'connor.

Mittal sincerely apologizes to the court for the miscalculation of the time that he might need to work on the motion to dismiss for all defendants. Mittal respectfully requests the court to further extend the time for Opposition to motion to dismiss to 28 days for the remaining Defendants

namely : Detective T. Katowich; Dr. Gregory S. Harder; Elizabeth Jarman; Robert Draskovich Esq.; Dr Robert A. Kilpatrick and Dr. Marc O'connor.

DATED: Feb 11, 2015

SIGNED

_____

Raja Mittal, Plaintiff Pro se

IT IS SO ORDERED:

_____

RICHARD F. BOULWARE, II
United States District Judge

DATED this 24th day of February, 2016.