**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RAJA MITTAL,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK, et al.,<br><br>          Defendant. | 2:15-cv-01037-RFB-VCF<br><br>**ORDER** |

Before the court is Defendants Emergency Motion to Expunge or Seal Defendants' Reply (#77).

IT IS HEREBY ORDERED that Defendants Emergency Motion to Expunge or Seal Defendants' Reply (#77) is GRANTED.  Defendant must file the redacted reply on or before March 9, 2016.

The Clerk of Court is ordered to seal the Reply (#76) to Plaintiff's Opposition to Motion to Dismiss.

DATED this 2nd day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE