**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

RAJA MITTAL,

               Plaintiff,

vs.

COUNTY OF CLARK, *et al.*,

           Defendants.

2:15-cv-01037-RFB-VCF

**MINUTE ORDER**

Before the court is the Motion To Request Permission for Online Filing (#83) filed by *pro se* Plaintiff Raja Mittal.

IT IS ORDERED that Plaintiff's Motion To Request Permission for Online Filing (#83) is GRANTED with the following provisions:

1.    On or before April 15, 2016, *pro se* Plaintiff Raja Mittal must provide a certification that Plaintiff has completed the CM/ECF tutorial and is familiar with Special Order 109, Electronic Filing Procedures, Best Practices and the Civil & Criminal Events Menu that are accessible on this Court's website.

2.    Plaintiff is not authorized to file electronically until said certifications is filed with the Court within the time frame specified.

DATED this 16th day of March, 2016.

                                   _____

                                   CAM FERENBACH

                                   UNITED STATES MAGISTRATE JUDGE