# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAJA MITTAL,

    Plaintiff,

v.

COUNTY OF CLARK, *et al.*,

    Defendants.

Case No. 2:15-CV-1037-KJD-VCF

**ORDER**

    Presently before the Court is Defendant Todd Katowich's Motion to Dismiss Plaintiff's Amended Complaint (#53). Though the time for doing so has passed, no response in opposition has been filed. Therefore, in accordance with Local Rule 7-2(d), the Court construes lack of opposition as Plaintiff's consent to the granting of the motion. Additionally, the Court has reviewed the substantive merits of the motion. The Court finds that Plaintiff has failed to assert factual allegations against Katowich that state a claim under any of the fifteen causes of action he identifies in his complaint.

    Accordingly, IT IS HEREBY ORDERED that Defendant Katowich's Motion to Dismiss Plaintiff's Amended Complaint (#53) is **GRANTED**;

    IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant Todd Katowich and against Plaintiff.

    DATED this 30 day of March 2017.

_____
Kent J. Dawson
United States District Judge