# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAJA MITTAL,

    Plaintiff,

v.

DEOGRATIUS MSHIGENI, *et al.*,

    Defendants.

Case No. 2:15-CV-01037-KJD-VCF

**ORDER**

    Deogratius Mshigeni remains as the sole defendant in this action. The claims against all other defendants have been dismissed. Though the complaint names Deogratius Mshigeni as a defendant and identifies Mshigeni as a social worker for Clark County, Nevada, the seventy-two (72) page complaint fails to make any other factual allegations against Mshigeni. Accordingly, Plaintiff has failed to state a claim against Mshigeni. Any claim against Mshigeni is dismissed in accordance with the reasoning in the Court's Order (#123) dismissing the claims against all other Clark County defendants.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court enter **JUDGMENT** against Plaintiff and for Defendant Deogratius Mshigeni.

    DATED this 4th day of May 2017.

_____
Kent J. Dawson
United States District Judge