# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAJA MITTAL,

    Plaintiff,

v.

ROBERT DRASKOVICH, ESQ., *et al*.,

    Defendants.

Case No. 2:15-CV-1037-KJD-VCF

**ORDER**

    Presently before the Court is Plaintiff's Motion to Reconsider the Claims for Relief against Defendant Draskovich (#127).

    The Court entered and Order (#117) dismissing all federal claims against Defendant Draskovich, primarily because Draskovich is not a state actor under 42 U.S.C. § 1983. The Court then declined to exercise supplemental jurisdiction over the remaining state law claims, including the legal malpractice claim. Those claims, against Draskovich, were not dismissed with prejudice. Plaintiff is free to bring them in state court where they belong. Plaintiff has made no showing that the Court should retain them in the federal action where all claims and defendants have been dismissed and the case is closed.

///

///

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Reconsider the Claims for Relief against Defendant Draskovich (#127) is **DENIED**.

DATED this 4th day of May 2017.

_____
Kent J. Dawson
United States District Judge