# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Raja Mittal

**Amended**
**JUDGMENT IN A CIVIL CASE**

V.

County of Clark, et al

Case Number: 2:15-cv-1037-KJD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of defendants Armstrong, Brothers, Clark County CPS, Clark County DFS, Cooley, County of Clark, Guesman, Hafen, Jones, Scott, Tibbs, Sherice Parish, Amity Doorman and Tetreault against plaintiff pursuant to Order #123

| May 5, 2017 | /s/ Debra K. Kempi |
|---|---|
| Date | Clerk |
| | /s/ Justin Matott |
| | (By) Deputy Clerk |